■ STEVEN M. COHEN, ESQ., et al., Respondents, v ALLIED FIRE PROTECTION SYSTEMS, INC., et al., Appellants. (Appeal No. 2.) [832 NYS2d 850]—Appeal from an order of the Supreme Court, Erie County (Joseph R. Glownia, J.), entered April 25, 2006. The order denied defendants' motion to dismiss the complaint.

3.) [832 NYS2d 851]—Appeal from an order of the Supreme Court, Erie County (Joseph R. Glownia, J.), entered June 19, 2006. The order denied defendants' motion for leave to amend the answer and to serve a subpoena duces tecum on the Attorney Grievance Committee.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Gorski, J.P., Centra, Lunn, Peradotto and Pine, JJ.